IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
STATE FARM FIRE AND            )
CASUALTY COMPANY,              )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )        1:12cv1117-MHT
                               )            (WO)
CONSTANCE TAYLOR and           )
JASON WAGNER,                  )
                               )
     Defendants.               )
```

ORDER

By agreement of the parties made on the record, it is ORDERED as follows:

(1) Plaintiff State Farm Fire and Casualty Company's motion for discharge (doc. no. 23 is granted.

(2) Plaintiff State Farm Fire and Casualty Company is released and discharged from any and all liability to defendants Constance Taylor and Jason Wagner that arises out of or relates to policy number 01-BL-Y100-8, as a result of the October 25, 2011, fire loss.

(3) Plaintiff State Farm Fire and Casualty Company is dismissed with prejudice and is terminated as a party.

(4) This case is not closed.

DONE, this the 22nd day of April, 2013.

                                          /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE