IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:12cv1117-MHT (WO) |
| CONSTANCE TAYLOR and JASON WAGNER, | ) ) ) | |
| Defendants. | ) | |

OPINION

Invoking this court's diversity-of-citizenship jurisdiction 28 U.S.C § 1332, plaintiff State Farm Fire and Casualty Company filed this interpleader lawsuit against defendants Constance Taylor and Jason Wagner. State Farm was released and discharged from any and all liability to Taylor and Wagner arising out of a fire loss and an insurance policy covering that loss. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that, based on the undisputed facts, Wagner's motion for disbursement of the

interplead funds should be granted.  Also before the court are Taylor's objections to the recommendation and her own motion for disbursement of funds.  Although given many opportunities, Taylor has failed to show that there are any disputed facts or that the undisputed facts warrant disbursement of the funds to her.  After an independent and de novo review of the record, therefore, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of February, 2014.

         /s/ Myron H. Thompson    
    UNITED STATES DISTRICT JUDGE