IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
STATE FARM FIRE AND         )
CASUALTY COMPANY,           )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )     1:12cv1117-MHT
                            )         (WO)
CONSTANCE TAYLOR and        )
JASON WAGNER,               )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Constance Taylor's objections (Doc. No. 62) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 60) is adopted.

(3) Defendant Taylor's motion for disbursement of funds (Doc. No. 64) is denied.

    (4) Defendant Jason Wagner's motion for disbursement of funds (Doc. No. 44) is granted.

    (5) All other pending motions are denied as moot.

    (6) The clerk of the court is to arrange for the disbursement of the interpled funds to defendant Wagner.

It is further ORDERED that costs are taxed against defendant Taylor, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2014.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE